ORIGINAL

Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 23 PM 2: 37

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KMK_____ DEPUTY

Marliese Weed on behalf of herself
and all others similarly situated

vs

America's Collectibles Network, Inc.,
d/b/a Jewelry Television

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0925 WQH CAB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mark J. Tamblyn/Wexler Toriseva Wallace LLP
1610 Arden Way, Suite 2900
Sacramento, CA 95815

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMBERLY

By _____, Deputy Clerk

MAY 23 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)