## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case No: 08 CV 0925 WQH CAB

Case Name: MARLIESE WEED ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED vs. AMERICA'S COLLECTIBLES NETWORK, INC. D/B/A JEWELRY TELEVISION

TED HEMBREE, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons in a Civil Action and Complaint** to **America's Collectibles Network, Inc., d/b/a Jewelry Television c/o F. Robert Hall at 10001 Kingston Pike, Suite 57, Knoxville, TN 37922** resulting in:

✓ Corporate service to an officer or an authorized individual of the company executed on the 29th day of May, 2008 at 10:35 A.M.
Name: Charles Waggoner   Title: Legal Counsel

___ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: M                      Hair Color/Style: Grey
Race: W                     Height (approx.): 6'00"
Age (approx.) 55            Weight (approx.): 185 lbs
Notable Features/Notes: ___

Signed and Sworn to before me
This 2 day of June, 2008.

_____
Notary Public

[Seal: STATE OF TENNESSEE NOTARY PUBLIC BLOUNT COUNTY]

Served By:

_____
Ted Hembree
Private Process Server
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.