1  Andrew L. Colocotronis (*Pro Hac Vice*)
   acolocotronis@bakerdonelson.com
2  **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
   900 S. Gay Street, Suite 2200
3  Knoxville, Tennessee 37902
   Telephone: (865) 549-7119
4  Facsimile: (865) 633-7119

5  David J. Noonan (55966)
   dnoonan@knlh.com
6  **KIRBY NOONAN LANCE & HOGE LLP**
   350 Tenth Avenue, Suite 1300
7  San Diego, California 92101-8700
   Telephone: (619) 231-8666
8  Facsimile: (619) 231-9593

9  Attorneys for Defendant America's Collectibles Network, Inc. d/b/a Jewelry T.V.

10

11                     UNITED STATES DISTRICT COURT

12                     SOUTHERN DISTRICT OF CALIFORNIA

13

14  MARLIESE WEED on behalf of herself and      CASE NO. 08-CV-0925 WQH CAB
    others similarly situated, ,
15                                              **NOTICE OF WITHDRAWAL OF
                Plaintiff,                      DOCUMENT NO. 10 FILED JULY 3, 2008**
16
       vs.
17
    AMERICA'S COLLECTIBLES NETWORK,
18  INC. D/B/A JEWELRY T.V. ,

19              Defendant.

20

21       Please take notice that Defendant America's Collectibles Network, Inc. d/b/a Jewelry T.V.

22  has withdrawn Document No. 10, which was electronically filed July 3, 2008.

23  DATED: July 3, 2008                KIRBY NOONAN LANCE & HOGE LLP

24

25
                                       By: /s/ David J. Noonan
26                                         David J. Noonan
                                           Attorneys for Defendant America's Collectibles
27                                         Network, Inc. d/b/a Jewelry T.V.

28

KNLH\532857.1                                                           08-CV-0925 WQH CAB

# PROOF OF SERVICE

*Weed v. America's Collectibles Network, Inc. dba Jewelry Television*
United States District Court, Southern District of California
Case No. 08 CV 0925 WQH (CAB)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 350 Tenth Avenue, Suite 1300, San Diego, California 92101-8700.

On July 3, 2008, at San Diego, California, I served the following document(s) described as **NOTICE OF WITHDRAWAL OF DOCUMENT 10 FILED JULY 3, 2008** on the parties in said action by placing a true copy thereof in a separate sealed envelope for each addressee named hereafter, addressed to each such addressee respectively as stated on the attached service list, which reflects the address last given by each such addressee on any document filed in the action and served on this office.

## SEE ATTACHED LIST

☒   **BY MAIL:** I am readily familiar with our business practice for collecting, processing and mailing correspondence and pleadings with the United States Postal Service. Such correspondence and pleadings are deposited with the United States Postal Service on the same day that they are placed for mailing in the ordinary course of business. I sealed each envelope and, with the postage thereon fully prepaid, placed it for mailing in accord with our business' practice. (C.C.P. § 1013(a) and (b))

☒   **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the United States District Court, Southern District of California, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to

KNLH\530670.1

1. receive service by electronic means and is registered with the Court's ECF system and was served
2. a "Notice of Electronic Filing" sent by ECF system.
3.     I declare under penalty of perjury under the laws of the State of California that the above is
4. true and correct. Executed on July 3, 2008, at San Diego, California.

*/s/ Mary S. McDonald*
Mary S. McDonald

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

**SERVICE LIST**
**Weed v. America's Collectibles Network, Inc.**
**Case No. 08-CV-0925 WQH CAB**

| | |
|---|---|
| Mark J. Tamblyn<br>email: mjt@wtwlaw.com<br>WEXLER TORISEVA WALLACE LLP<br>1610 Arden Way, Suite 290<br>Sacramento, California 95815<br>Telephone: (916) 568-1100<br>Facsimile: (916) 568-7890 | Attorneys for Plaintiff |
| Gregory F. Coleman<br>COLEMAN & EDWARDS, P.C.<br>4800 Old Kingston Pike, Suite 120<br>Knoxville, Tennessee 37919<br>Telephone: (865) 247-0080<br>Facsimile: (865) 247-0081 | Attorneys for Plaintiff |
| Kenneth A. Wexler<br>Edward A. Wallace<br>Amber M. Nesbitt<br>WEXLER TORISEVA WALLCE LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022 | Attorneys for Plaintiff |

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

KNLH\530670.1

-3-