Andrew L. Colocotronis (*Pro Hac Vice*)
  acolocotronis@bakerdonelson.com
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
900 S. Gay Street, Suite 2200
Knoxville, Tennessee  37902
Telephone:  (865) 549-7119
Facsimile:  (865) 633-7119

David J. Noonan (55966)
  dnoonan@knlh.com
Lauren E. Butz (246668)
  lbutz@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California  92101-8700
Telephone:  (619) 231-8666
Facsimile:  (619) 231-9593

Attorneys for Defendant America's Collectibles Network, Inc. d/b/a Jewelry T.V.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIESE WEED on behalf of herself and others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>AMERICA'S COLLECTIBLES NETWORK, INC. D/B/A JEWELRY T.V.,<br><br>   Defendant. | CASE NO. 08-CV-0925 WQH CAB<br><br>**JOINT MOTION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS**<br><br>**(Second Request)**<br><br>Judge:   Hon. William Q. Hayes |

   Plaintiff Marliese Weed and Defendant America's Collectibles Network, Inc. d/b/a Jewelry T.V. (together, "Parties") hereby jointly request that the hearing on Defendant's Partial Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6), currently set for August 18, 2008 at 11:00 in Courtroom 4 of the above entitled court, be continued to September 15, 2008, or as soon thereafter as set by the Court.

   Good causes exists for said continuance.  The Parties are continuing to work towards a possible resolution of this matter.  Both Parties agree that it is appropriate to continue the hearing

1  on Defendant's Partial Motion to Dismiss, and, accordingly the current briefing schedule as
2  governed by Civil Local Rule 7.1.e, so that the Parties may focus their efforts on exploring
3  settlement options.  This is the Parties' second request for such a continuance.
4       Therefore, the Parties hereto jointly and respectfully request that this Court order a
5  continuance of the hearing on Defendant's Partial Motion to Dismiss until September 15, 2008, or
6  soon thereafter as set by the Court.

7

8  DATED: July 30, 2008         WEXLER TORISEVA WALLACE LLP

9
10
11  By:  */s/ Mark Tamblyn*
12       Mark Tamblyn
     Attorneys for Plaintiff Marliese Weed, on behalf
13       of herself and all others similarly situated

14  DATED: July 30, 2008         KIRBY NOONAN LANCE & HOGE LLP
15
16
17  By:  */s/ David J. Noonan*
     David J. Noonan
18       Lauren E. Butz
     Attorneys for Defendant America's Collectibles
19       Network, Inc. d/b/a Jewelry T.V.

20
21
22
23
24
25
26
27
28

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101
-8700