**WEXLER TORISEVA WALLACE LLP**
MARK J. TAMBLYN (State Bar No. 179272)
Email: mjt@wtwlaw.com
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

**COLEMAN & EDWARDS, P.C.**
GREGORY F. COLEMAN
Email: gcoleman@colemanedwardspc.com
4800 Old Kingston Pike, Suite 120
Knoxville, Tennessee 37919
Telephone: 865-247-0080
Facsimile: 865-247-0081

[Additional Counsel Listed on Signature Page]
Attorneys for *Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIESE WEED on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S COLLECTIBLES NETWORK, INC. d/b/a JEWELRY TELEVISION,<br><br>Defendant. | Case No. 08-CV-0925-WQH (CAB)<br><br>**NOTICE OF FIRM ADDRESS CHANGE** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective August 18, 2008, the Sacramento, California office of the law firm of Wexler Toriseva Wallace LLP has changed its address, telephone, and facsimile number. The email addresses remain the same. Please update your service list to include the following updated information for the firm's Sacramento office:

-1-
NOTICE OF FIRM ADDRESS CHANGE

1
2       WEXLER TORISEVA WALLACE LLP
        455 Capitol Mall, Suite 231
3       Sacramento, CA 95814
        Telephone: (916) 492-1100
4       Facsimile: (916) 492-1124

5  Dated: August 20, 2008                    Respectfully Submitted,

6                                            WEXLER TORISEVA WALLACE LLP

7

8                                            _____
9                                            MARK J. TAMBLYN

10                                           455 Capitol Mall, Suite 231
11                                           Sacramento, CA 95814
                                             Telephone: (916) 492-1100
12                                           Facsimile: (916) 492-1124

13                                           Gregory F. Coleman
14                                           **COLEMAN & EDWARDS, P.C.**
                                             4800 Old Kingston Pike, Suite 120
15                                           Knoxville, TN 37919
                                             Telephone: (865) 247-0080
16                                           Facsimile: (865) 247-0081

17                                           Kenneth A. Wexler
                                             Edward A. Wallace
18                                           Amber M. Nesbitt
19                                           **WEXLER TORISEVA WALLACE LLP**
                                             55 W. Monroe St. Suite 3300
20                                           Chicago, IL 60603
                                             Telephone: (312) 346-2222
21                                           Facsimile: (312) 346-0022

22                                           Attorneys for *Plaintiff, individually and on
23                                           behalf of the proposed Class*

24
25
26
27
28

-2-
NOTICE OF FIRM ADDRESS CHANGE

**Certificate of Service**

***Weed v. America's Collectibles Network, Inc. dba Jewelry Television***
United States District Court, Southern District of California
Case No. 08 CV 0925 WQH (CAB)

I, undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of Sacramento, California. My business address is 455 Capitol Mall, Suite 231, Sacramento, CA 95814.

On August 20, 2008, at Sacramento, California I served the following document(s):

1. NOTICE OF FIRM ADDRESS CHANGE

to the parties on the attached Service List, by the following means of service:

X   BY ELECTRONIC TRANSMISSION: I filed the foregoing document with the Clerk of Court for the United States District Court, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed below has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

X   I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed on August 20, 2008.

_____
Tracy Law

## SERVICE LIST

***Weed v. America's Collectibles Network, Inc. dba Jewelry Television***

United States District Court, Southern District of California
Case No. 08 CV 0925 WQH (CAB)

Kenneth A. Wexler
Edward A. Wallace
Amber M. Nesbitt
WEXLER TORISEVA & WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
***Attorneys for Plaintiff***

Gregory F. Coleman
COLEMAN & EDWARDS, P.C.
4800 Kingston Pike, Suite 120
Knoxville, Tennessee 37919
Telephone: (865) 247-0080
Facsimile: (865) 247-0081
***Attorneys for Plaintiff***

David J. Noonan
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, Suite 1300
San Diego, California, 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593
***Attorneys for Defendant***

Andrew L. Colocotronis
BAKER, DONELSON, BEARMAN, CALDWELL BERKOWITZ, P.C.
900 South Gay Street, Suite 2200
Knoxville, Tennessee 37902
Telephone: (865) 549-7119
Facsimile: (865) 633-7119
***Attorneys for Defendant***

CERTIFICATE OF SERVICE