**WEXLER TORISEVA WALLACE LLP**
MARK J. TAMBLYN (State Bar No. 179272); (mjt@wtwlaw.com)
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: 916-492-1100
Facsimile: 916 492-1124

**COLEMAN & EDWARDS, P.C.**
GREGORY F. COLEMAN; (gcolemanedwardspc.com)
4800 Old Kingston Pike, Suite 120
Knoxville, Tennessee 37919
Telephone: 865-247-0080
Facsimile: 865-247-0081

[Additional Counsel Listed on Signature Page]
Attorneys for *Plaintiff Marliese Weed*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| MARLIESE WEED on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S COLLECTIBLES NETWORK, INC. d/b/a JEWELRY TELEVISION,<br><br>Defendant. | Case No. 08-CV-0925-WQH (CAB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF MARLIESE WEED** |

NOTICE IS HEREBY GIVEN that Plaintiff Marliese Weed, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismisses, without prejudice, her action against all defendants. The adverse parties have not filed either an answer to the complaint or a motion for summary judgment, and no class has been certified.

///

///

///

///

---

Dated: September 5, 2008

Respectfully Submitted,

By: /s/ Mark J. Tamblyn

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
455 Capitol Mall, Suite 231
Sacramento, CA 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

Kenneth A. Wexler
Edward A. Wallace
Amber M. Nesbitt
**WEXLER TORISEVA WALLACE LLP**
55 W. Monroe St. Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Gregory Coleman
**COLEMAN & EDWARDS, P.C.**
4800 Old Kingston Pike, Suite 120
Knoxville, Tennessee 37919
Telephone: 865-247-0080
Facsimile: 865-247-0081

Attorneys for *Plaintiff Marliese Weed*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

# **CERTIFICATE OF SERVICE**

I am employed in the County of Sacramento, State of California. I am over the age of 18 years and not a party of this action. My business address is Wexler Toriseva Wallace LLP, 455 Capitol Mall, Suite 231, Sacramento, CA 95814.

On **September 5, 2008**, I filed the following document described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF MARLIESE WEED**

☒ **By ECF (Electronic Case Filing):** I filed the foregoing document with the Clerk of Court for the United States District Court, using the Electronic Case Filing ("ECF") system of the Court. The attorneys listed in the ECF have consented to receive service by electronic means and was served a "Notice of Electronic Filing" sent by ECF system.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **September 5, 2008**, at Sacramento, California.

By: /s/ Tracy Law
Tracy Law

---
1
CERTIFICATE OF SERVICE